**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CHARVEL CLAWSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE COMMONS AT SUGARHOUSE, L.C., a Utah Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>    Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Case No. 2:17-CV-111-TC<br><br>Judge Tena Campbell |

Plaintiff Charvel Clawson and Defendant The Commons at Sugarhouse, L.C. (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

1

STIPULATED the 4th day of October, 2017.

FORD & CRANE PLLC


/s/ Matthew B. Crane
Matthew B. Crane
*Attorneys for Plaintiff*


STIPULATED the 4th day of October, 2017.

PARR BROWN GEE & LOVELESS


/s/ LaShel Shaw
Jeffrey D. Stevens
LaShel Shaw
*Attorney for Defendants*
(Signed with permission)

### **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 4th day of October, 2017, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane