Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CHARVEL CLAWSON,<br><br>Plaintiff,<br>vs.<br><br>THE COMMONS AT SUGARHOUSE, L.C., a Utah Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-111-TC<br><br>Judge Tena Campbell |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice (ECF No. 35) which was stipulated to and jointly filed by the parties on October 4, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the Motion is GRANTED and the case is dismissed, with prejudice.

1

DATED the 5th day of October, 2017.

BY THE COURT

_____
Tena Campbell
United States Judge